IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ISABELLA RAE ABBRUZZESE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:25-CV-00018-MJT |
| | § | |
| STEPHEN F. AUSTIN STATE UNIVERSITY and UT SYSTEMS, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [DKT. 65]**

Plaintiff Isabella Rae Abbruzzese alleges that Defendants Stephen F. Austin State University and UT Systems violated her state and federal rights by exposing her to mold, mishandling her Title IX complaint, and initiating procedurally-deficient student-conduct hearings against her in retaliation for her Title IX complaint. [Dkt. 9]. The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. Before Judge Stetson was Abbruzzese's Motion to Dismiss State Law Claims and Proceed on Federal Grounds. [Dkt. 36]. On May 13, 2025, Judge Stetson issued a Report and Recommendation [Dkt. 65] advising the Court to deny Abbruzzese's motion. Objections to the report were due by May 27, 2025. FED. R. CIV. P. 72(b)(2). To date, no party has filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available

evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 65] is ADOPTED.  Plaintiff Isabella Rae Abbruzzese's Motion to Dismiss State Law Claims and Proceed on Federal Grounds [Dkt. 36] is DENIED.

**SIGNED this 28th day of May, 2025.**

Michael J. Truncale
United States District Judge